# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: | September 9, 2013 |
| Court Reporter: | Terri Lindblom | | |
| Probation Officer: | Justine Kozak | | |
| | Erka Hitta (by VTC) | | |

Criminal Action No. 12-cr-00518-MSK
12-cr-00183-MSK

*Parties*:  *Counsel*:

UNITED STATES OF AMERICA,  Todd Norvell

    Plaintiff,

v.

ANTHONY LISTER,  Matthew Golla

    Defendant.

---

## SENTENCING MINUTES
---

**10:40 a.m.**    **Court in session**.

Defendant present in custody.

**Change of Plea Hearing on May 30, 2013. Defendant pled guilty to Count 1 of the Indictment.** The Court deferred acceptance of defendant's plea until today at Sentencing in Case No. 12-cr-00518.

Parties received and reviewed the presentence report and the Supervised Release Violation Report and all addenda.

The parties **do not** dispute the facts contained in the presentence report and the Supervised Release Violation Report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report and the Supervised Release Violation Report.

The parties **do not** request departure.

The parties **do** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). (**Doc. #36, # 37**)

Allocution. - Statements made by: The Government, the defendant, defense counsel

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** The Court accepts defendant's plea and defendant is adjudged guilty as charged in **Count 1 of the Indictment** in Case No. 12-cr-00518. The Motions for Non-Guideline Sentence (**Doc. #36, #37**) are **DENIED** as moot.

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD (Case No. 12-cr-00518)**

Defendant admits the alleged violation(s) as reflected in the Plea Agreement.

**ORDER:** Supervised release is **REVOKED** in Case No. 12-cr-00183, and the penalties in both cases (12-cr-00183 and 12-cr-00518) as stated on the record. Judgments in the two cases will be prepared separately by the Probation Officers as directed by the Court.

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:28 a.m.** **Court in recess.**

Total Time: 48 minutes
Hearing concluded.